ORIGINAL

FILED
NOV 2 8 2007
U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims
## Bid Protest

LIBERTY FRUIT COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

07-830 C

No. 07- C
Judge

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1 Plaintiff Liberty Fruit Company, Incorporated hereby discloses that it is a closely-held Missouri corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

November 28th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Mobile: | (703) 819-5944 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Liberty Fruit Company, Incorporated.