IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LIBERTY FRUIT COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-830C |
| v. | ) | |
| | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the parties' discussion with the Court's clerk on November 29, 2007, we respectfully propose the following schedule in this case:

| | |
|---|---|
| Filing of the Administrative Record by the Government: | December 5, 2007[1] |
| Plaintiff's Motion For Judgment on the Administrative Record: | December 21, 2007 |
| Government's Cross-Motion for Judgment on the Administrative Record: | January 11, 2008 |
| Plaintiff's Reply Brief: | January 18, 2008 |
| Government's Reply Brief: | January 23, 2008 |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

[1]Our filing of the administrative record on this date is contingent upon the Court's first entering a protective order.

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

s/ Cyrus E. Phillips, IV
CYRUS E. PHILLIPS, IV
1828 L Street, NW
Suite 660
Washington, DC 20036
Tele: (202) 466-7008
Fax: (202) 466-7009

December 4, 2007

Attorney for Plaintiff