IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| LIBERTY FRUIT COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-830C |
| v. | ) | |
| | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD BY CD-ROM

With the consent of plaintiff, we respectfully request leave to file the administrative record in this case on a CD-ROM (with two paper copies also being provided to the Court), instead of by attachment to an electronic filing. We make this request because the volume of prospective attachments is too large to be practicably filed electronically, given the size limitations of individual attachments to be filed upon the Court's electronic system.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Dated: December 6, 2007

Attorneys for Defendant