# In the United States Court of Federal Claims
# Bid Protest

| | | |
|---|---|---|
| **LIBERTY FRUIT COMPANY, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-830C** |
| | ) | **Judge Robert H. Hodges, Jr.** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to RCFC 41(a) Plaintiff Liberty Fruit Company, Incorporated hereby voluntarily dismisses this Post-Award Procurement Protest.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

December 18th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Mobile: (703) 819-5944
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Liberty Fruit Company, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Tuesday, December 18th, 2007 a true and complete copy of this Plaintiff's Notice of Dismissal was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

J. Reid Prouty, Esq.

Electronic Mail: J.Reid.Prouty@usdoj.gov

Attorney of record for Defendant,
Defense Logistics Agency,
Defense Supply Center Philadelphia.

/s/ Cyrus E. Phillips, IV

______________________

Cyrus E. Phillips, IV